IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL No. 12-0656 |
| v. : | |
| CAROLINE WINSOR : | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance as Counsel for the defendant, Caroline Winsor, in connection with the above-captioned matter.

Dated:  May 6, 2014

  /s/  Patrick J. Egan, Esquire
Patrick J. Egan, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
(215) 299-2825
pegan@foxrothschild.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April 2014, I filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record in this case.

                                                        /s/ Patrick J. Egan
                                                Patrick J. Egan, Esquire